IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 7:13-CR-22-1H
7:09-CR-60-1H

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| JOKWAN LAMAR HARVEY, ) | |
| ) | |
| Defendant. ) | |

Upon motion of the defendant and for good cause shown, present counsel of record is hereby permitted to withdraw. The Office of the Federal Public Defender is ordered to appoint new counsel to represent Defendant Jokwan Lamar Harvey.

Defendant's sentencing hearing and supervised release revocation hearing is hereby continued to this court's December 10, 2013 term in Greenville, North Carolina.

This 9th day of October 2013.

MALCOLM J. HOWARD
Senior U.S. District Judge

At Greenville, N.C.
jh