IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:13-CR-22-1H

UNITED STATES OF AMERICA,     )
    )
    v.     )
    )
    )     **ORDER**
    )
JOKWAN LAMAR HARVEY,     )
    Defendant.     )

This matter is before the court on defendant's motion for judicial review of the restitution order, [DE #120] and motion to temporarily suspend restitution payments, [DE #125]. The government has not responded, and the time for further filings has expired. This matter is ripe for adjudication.

During incarceration, payment of restitution is made through the BOP's Inmate Financial Responsibility Program (IFRP), a voluntary program designed to assist inmates in meeting their financial responsibilities. This court has no authority to intervene in the BOP's Inmate Financial Responsibility Program. Therefore, defendant's motions [DE #120 and #125] are DENIED.

This 11th day of January 2021.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#35

1